BUTLER COUNTY BAR ASSOCIATION *v.* GREEN.

OHIO STATE BAR ASSOCIATION *v.* GREEN.

[Cite as Butler Cty. Bar Assn. *v.* Green (1987),
31 Ohio St. 3d 602.]

(D.D. Nos. 82-6 and 82-7—Decided July 8, 1987.)

The petition for reinstatement to the practice of law of F. Harrison Green is denied. (For earlier case, see [1982], 1 Ohio St. 3d 48, 1 OBR 92, 438 N.E. 2d 406.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

IN RE RESIGNATION OF MAIORANO.

[Cite as In re Resignation of Maiorano (1987), 31 Ohio St. 3d 602.]

(D.R. No. 87-5—Decided July 15, 1987.)

The resignation of Alexander Maiorano as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

STAPLES, DIR., ET AL., APPELLEES, *v.* OHIO CIVIL SERVICE EMPLOYEES ASSOCIATION/AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, LOCAL 11, AFL-CIO, ET AL., APPELLANTS.

[Cite as Staples *v.* Ohio Civ. Serv. Emp. Assn./American Fed. of State, Cty. & Mun. Emp., Local 11, AFL-CIO (1987), 31 Ohio St. 3d 602.]

(No. 87-360—Decided July 15, 1987.)